UNITED STATES DISTRICT COURT
for the
Southern District of Florida

NIURKA SOLER PINEDA and all others )
similarly situated under 29 U.S.C. 216(b), )
)
           Plaintiff, )     **16-21879-CIV-MARTINEZ/GOODMAN**
vs. )
)
DAVIE BLVD COIN LAUNDRY, CORP., )
OSIAL CASTELLON, )
)
           Defendants. )
_____ )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
DAVIE BLVD COIN LAUNDRY, CORP.
Registered Agent: Osial Castellon
2627 Davie Boulevard
Fort Lauderdale, FL 33312

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: __**MAY 25, 2016**__

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| NIURKA SOLER PINEDA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) | |
| Plaintiff, | ) ) | **16-21879-CIV-MARTINEZ/GOODMAN** |
| vs. | ) ) | |
| DAVIE BLVD COIN LAUNDRY, CORP., OSIAL CASTELLON, | ) ) ) | |
| Defendants. | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
OSIAL CASTELLON
240 E 58 Street
Hialeah, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 25, 2016**  _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts