UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:16-CV-21879

NIURKA SOLER PINEDA and all others )
similarly situated under 29 U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
 )
DAVIE BLVD COIN LAUNDRY, CORP., )
OSIAL CASTELLON, )
DAVID COIN LAUNDRY INC., )
 )
       Defendants. )
_____)

**PLAINTIFF'S STATEMENT OF CLAIM**

Now comes the Plaintiff, through the undersigned, and files the above-described Statement of Claim as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** 08/10/13-05/22/16
Weeks: 145 weeks
Overtime hours per week: 16 hours
Amount of half time per hour not compensated: $3.63/hr. (based on hourly rate of $7.25)
Total overtime wages unpaid: **$8,421.60**

**Total Overtime Wage Claim and Unpaid Liquidated Damages: $8,421.60 X 2 = $16,843.20**

**FEDERAL MINIMUM WAGE CLAIM:**

**Period Claimed:** 08/10/13-05/22/16
Weeks: 145 weeks
Hours (worked per week:)  56 hours
Minimum wage: $7.25/hr.
Wage paid: $5.89/hr
Wage owed: $1.36/hr
Amount owed: $1.36/hr X 145 weeks X 56 hours = **$11,043.20**

**Total Federal Minimum Wage Claim and Liquidated Damages: $11,043.20 X 2 = $22,086.40.**

**TOTAL OVERTIME AND MINIMUM WAGE CLAIM AND LIQUIDATED DAMAGES: $19,464.80 X 2 = $38,929.60**

\*\*Plaintiff seeks all fees and costs under the FLSA.
\*\*Plaintiff reserves all rights to seek minimum wage damages under the Florida Constitution and statutes as applicable including the limitations period and rates.
\*\*\*To the extend Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments, Plaintiff is claiming the higher of the two applicable rates.

       Respectfully submitted,

       J. H. ZIDELL, P.A.
       ATTORNEYS FOR PLAINTIFF
       300-71ST STREET, SUITE 605
       MIAMI BEACH, FLORIDA 33141
       305-865-6766
       305-865-7167

       By: /s/ Allyson Morgado
        Allyson Morgado, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/1/16 TO:

**ALL CM/ECF RECIPIENTS**

  **BY: /s/ Allyson Morgado**
    **Allyson Morgado, Esquire**