UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **16-21879-CIV-MARTINEZ-GOODMAN**

NIURKA SOLER PINEDA and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

DAVIE BLVD COIN LAUNDRY, CORP., et al.,

    Defendants.

_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR PRELIMINARY STATUS CONFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Jonathan Goodman** for a preliminary status conference.

DONE AND ORDERED in Chambers at Miami, Florida, this ___9___ day of June, 2016.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record