UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA Miami
Division
Case Number:  16-21879-CIV-MARTINEZ-GOODMAN

NIURKA SOLER PINEDA and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

DAVIE BLVD COIN LAUNDRY,
CORP., OSIAL CASTELLON,

    Defendants.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs            Yes  x     No
2. Motions for Attorney's Fees  Yes  x     No
3. Motions for Sanctions        Yes  x     No
4. Motions to Dismiss           Yes  x     No
5. Motions for Summary Judgment Yes  x     No
6. Discovery                    Yes  x     No
7. Other (specify) _____

7/1/2016              /s/ Allyson Morgado
(Date)                (Signature--Plaintiff's Counsel)


_____          _____
(Date)                (Signature--Plaintiff's Counsel)

7/1/2016              /s/ James Gitkin
(Date)                (Signature--Defendant's Counsel)


_____          _____
(Date)                (Signature--Defendant's Counsel)

[Attachment D]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA Miami
Division

Case Number:  16-21879-CIV-MARTINEZ-GOODMAN

NIURKA SOLER PINEDA and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

DAVIE BLVD COIN LAUNDRY, CORP.,
OSIAL CASTELLON,

    Defendants.
_____/

## ELECTION TO JURISDICTION BY A <u>UNITED STATES MAGISTRATE JUDGE FOR TRIAL</u>

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

| 7/1/2016 | /s/ Allyson Morgado |
|---|---|
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| 7/1/2016 | /s/ James Gitkin |
| (Date) | (Signature--Defendant's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |

[Attachment E]