UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21879-JEM

NIURKA SOLER PINEDA and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

DAVIE BLVD COIN LAUNDRY, CORP.,
OSIAL CASTELLON, and, DAVID
COIN LAUNDRY, INC.,

    Defendants.
_____/

**DEFENDANTS' DAVIE BLVD COIN LAUNDRY, CORP. AND
OSIAL CASTELLON'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO INITIAL DISCOVERY REQUESTS**

Pursuant to the Federal Rules of Civil Procedure, Defendants DAVIE BLVD COIN LAUNDRY, CORP. and OSIAL CASTELLON (collectively, the "Defendants") hereby file their Unopposed Motion for Extension of Time to Respond to the Plaintiff's, NIURKA SOLER PINEDA ("Plaintiff") initial discovery requests and in support thereof states as follows:

    1.    On August 4, 2016 the Plaintiff served Defendants with its First Request for Admissions, First Request for Production and First set of Interrogatories.

    2.    The Defendants will require an additional thirty (30) days in which to prepare and serve a response to Plaintiff's discovery requests.

    3.    The Plaintiff has indicated that she has no opposition to extending the time for Defendant to respond to the First Request for Admissions, First Request for Production and First set of Interrogatories up through and including October 6, 2016.

4. This request for extension is not sought for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendants, Davie Blvd. Coin Laundry Corp. and Osial Castellon respectfully request the Court to enter and Order granting an extension of time to respond to First Request for Admissions, First Request for Production of Documents and First set of Interrogatories up through and including October 6, 2016.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants, DAVIE BLVD COIN LAUNDRY, CORP. and OSIAL CASTELLON certified that he has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this motion, and that the Plaintiff has indicated that they do not oppose to this relief requested.

Dated: August 31, 2016.

                                                Respectfully submitted,

By: */s/ James P. Gitkin, Esq.*
      James P. Gitkin, Esq.
      Fla. Bar No.: 570001
      *jim@salpetergitkin.com*
      *beth@salpetergitkin.com*

**SALPETER GITKIN, LLP**
One E. Broward Blvd. – Suite 1500
Fort Lauderdale, FL 33486
Telephone: (954) 467-8622
Facsimile: (954) 691-9862
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been filed and served by CM/ECF on August 31, 2016 on all counsel or parties of record. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

      By:    */s/ James P. Gitkin, Esq.*
                James P. Gitkin, Esq.