UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CIV-21879-GOODMAN

[CONSENT]

NIURKA SOLER PINEDA,

        Plaintiff,

v.

DAVIE BLVD COIN LAUNDRY, CORP.,
et al.,

        Defendants.

_____/

## AGREED ORDER ON PLAINTIFF'S REQUEST FOR RULE 56(d) RELIEF

The Parties have agreed[1] to the relief provided for in this Order. Therefore, it is hereby ORDERED and ADJUDGED that:

1. Defendants shall not be required to file a reply to the Plaintiff's response to Defendants' Summary Judgment Motion.

2. Plaintiff shall conduct discovery depositions on January 4, 2017, taking the deposition of the Individual Defendant and the Corporate Representative of the Corporate Defendant, at the office of Plaintiff's Counsel, beginning at 10 A.M.

---

[1] The proposed agreed order did not, however, discuss the provisions of paragraph 6 -- concerning the now-unrealistic trial date and the need to establish a revised trial date.

1

3.	The Court shall defer ruling on Defendants' Motion for Summary Judgment until the Plaintiff has re-briefed the issue, submitted a new response to Defendant's Motion for Summary Judgment, and Defendants have filed an optional reply.

4.	Following the depositions, Plaintiff shall have twenty days to submit a new response to the Summary Judgment Motion filed by the Defendants. This time shall be up to and including January 25, 2017.

5.	Defendants shall produce all documents, in their possession, responsive to the discovery initially propounded by Plaintiff on August 7, 2016, before the January 4, 2017 depositions.

6.	Given these enlargements of time, the special set trial date appears unrealistic. Therefore, the Undersigned will soon schedule a telephone hearing to reschedule the trial and establish revised trial-related deadlines.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on December 27, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record