UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21879

NIURKA SOLER PINEDA and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                                                                 )
        Plaintiff, )
vs. )
                                                                                )
DAVIE BLVD COIN LAUNDRY, CORP., )
OSIAL CASTELLON, DAVID COIN )
LAUNDRY INC. )
                                                                                )
       Defendants. )
_____ )

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND
DISMISSAL OF CASE WITH PREJUDICE**

The Parties, by and through their undersigned counsel, respectfully move this Court for approval of their Settlement Agreement, resolving the matter as set forth therein. In support thereof, the Parties state as follows:

1.    NIURKA SOLER PINEDA, and all others similarly situated under 29 U.S.C. 216(b) filed claims under case number Case No.: 16-CV-21879 under the Fair Labor Standards Act (FLSA), the Florida Statutes, and the Florida Constitution for overtime wages whereby Plaintiffs allege that they were not paid the appropriate overtime wages for the work they performed for Defendants.

2.    The pleadings and Settlement Agreement reflect that this litigation involves bona fide disputes of both law and fact, including, but not limited to, whether Plaintiffs were properly paid overtime for all hours worked over forty (40) in a workweek during their employment.

3.    The Parties have engaged in settlement negotiations, resulting in an accord and satisfaction embodied in the Settlement Agreement the Parties signed, and which the Parties

1

believe and agree represents a fair, reasonable, and adequate settlement of Plaintiff's claims against Defendants.  In addition to a fair and justified Attorneys' fees due to the extensive discovery and the parties briefing Summary Judgment. Plaintiff's attorneys have invested over thirty hours in the present case.

4. A copy of the Settlement Agreement has been submitted to the Court via an attachment with the filing of this Motion.

5. The Parties are in agreement that this Court may enter an Order Approving Settlement Agreement, Dismissing Complaint with Prejudice as to Defendants, and Closing Case, after scrutinizing the settlement for fairness and approving the settlement. See <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

6. Aside from Plaintiffs and Defendants, there are no other parties to this action.

WHEREFORE, the Parties respectfully request that this Court: (1) approve the Parties' Settlement Agreement, resolving the matter on the terms set forth therein; (2) dismiss this case with prejudice against Defendants; and (3) retain jurisdiction for the limited purpose of enforcing the Parties' Confidential Settlement Agreement Waiver and Release.

Respectfully Submitted By:

| | |
|---|---|
| J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Tel: (305) 865-6766<br>Fax: (305) 865-7167<br>*Attorneys for Plaintiffs*<br><br>By:  /s/ Neil Tobak<br>Neil Tobak, Esq.<br>ntobak.zidellpa@gmail.com<br>Florida Bar Number: 93940 | */s/   James P. Gitkin, Esq.*<br>*James P. Gitkin, Esq.*<br>Florida Bar Number:<br>Salpeter Gitkin, LLP<br>One East Broward Boulevard<br>Suite 1500<br>Ft. Lauderdale, FL 33301<br>Phone.954-467-8622<br>jim@salpetergitkin.com |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 20, 2017 on the below service list.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiff*
>
>By: /s/ Neil Tobak
>Neil Tobak, Esq.
>ntobak.zidellpa@gmail.com
>Florida Bar Number: 93940

SERVICE LIST

*James P. Gitkin, Esq.*
**Salpeter Gitkin, LLP**
One East Broward Boulevard
Suite 1500
Ft. Lauderdale, FL 33301
Phone.954-467-8622
Facsimile.954-467-8623
E-Fax.954-671-5687
Mobile.305-790-9360
Direct Dial.954-302-6391
jim@salpetergitkin.com