# FLSA CONTRACT

Client agrees to pay the firm J.H. Zidell P.A. 40% of Client's total recovery in his/her Fair Labor Standards Act case or an amount of attorneys' fees calculated at $390.00/hr., whichever is greater, through settlement or verdict and post trial pleadings and appeal. If attorneys' fees are awarded by a Court as to one or more of Client's Claims, J.H. Zidell P.A. shall be entitled $390.00/hr. for all time spent on Client's case through trial, post trial and appeal. Client acknowledges that J.H. Zidell P.A. charges $390.00/hr. for all time spent on this matter and that this hourly rate will be submitted to the Court for purposes of calculating attorney fee entitlement. If there is no monetary recovery or if Client does not prevail on his wage claims, then Client owes J.H. Zidell P.A. nothing. Costs are not included in calculating attorneys' fees and will be reimbursed to J.H. Zidell P.A. at end of case by Client if recovery by settlement or verdict occurs.

El cliente acuerda pagarle a la firma J.H. Zidell P.A. el 40% de la cantidad monetaria total recuperada en su caso (FLSA) o, una cantidad de los honorarios de los abogados calculados a razon de <u>$390.00 por hora</u>, lo que fuera mayor, a través de un Acuerdo o Veredicto y otro posterior Juicio y Apelación. Si los honorarios de los Abogados fueran otorgados por un Tribunal en una o mas de las reclamaciones del Cliente, J.H. Zidell P.A. tendra derecho a facturar a razón de <u>$390.00 por hora</u> por todo el tiempo dedicado al (os) caso(s) del Cliente a traves de Juicio, Post Juicio y Apelación. El Cliente reconoce que J.H. Zidell P.A. factura a razón de $390.00 por hora por todo el tiempo dedicado en su caso y que su tarifa por hora sera sometida a la Corte para los efectos de calcular el derecho de honorarios de abogados. De no haber ninguna recuperación monetaria o, si el Cliente no prevaleciera en su reclamación(es) de salarios, entonces el Cliente no adeuda nada a la firma J.H. Zidell P.A. Los costos no estan incluidos en el cálculo de honorarios de abogados y seran reembolsados a la firma JH Zidell P.A. al final del caso por parte del Cliente, si el cobro por el acuerdo o veredicto se produce.

Client has advised J.H. Zidell P.A. at the time of signing of this Contract of all claims and cases the Client may have against the subject Defendant. Client agrees to promptly advise J.H. Zidell P.A. of any new claims the Client files against any party after the signing of this Contract, by any other attorney contracted by the Client.

Al momento de la firma de este contrato, el Cliente le ha informado a la firma J.H. Zidell P.A.de todas las reclamaciones y casos que pudiera tener en contra del Acusado relacionado a este asunto. El Cliente acuerda a informar con prontitud a la firma J.H. Zidell P.A. de cualquier nueva relamación presentada atraves de otro abogado contratado por el Cliente.

Client has provided his current address and telephone number to J.H. Zidell P.A. The Client agrees to immediately provide J.H. Zidell P.A. with the Client's new telephone number or address when changed. The Client knows and agrees that failure to provide J.H. Zidell P.A. with the Client's new address or telephone number will likely prejudice the Client's rights as follows: (1) the Court may eventually dismiss the

**Client's case; (2) J.H. Zidell P.A. may withdraw from representation of the Client; and/or (3) the Court may eventually impose sanctions against the Client.**

El cliente ha proporcionado su dirección y número de teléfono actualizados a la firma J.H. Zidell P.A. De ocurrir algun cambio, El Cliente se compromete a proporcionar de inmediato a la firma J.H. Zidell P.A. su nuevo número de teléfono y/o nueva dirección. El cliente conoce y acuerda que de no proveer con esta información a la firma JH Zidell P.A., esto podría probablemente afectar sus derechos de la siguiente manera: (1), el Tribunal puede llegar a descartar el caso del Cliente, (2) La Firma J.H. Zidell P.A. podrá retirarse de la representación legal del Cliente, y/o (3), el Tribunal podría eventualmente imponer sanciones contra el Cliente.

**Client agrees to appear at the offices of J.H. Zidell P.A. within three days of a request by his Attorney. Client agrees to promptly provide all necessary documents to J.H. Zidell P.A. within three days of a request. The Client knows and agrees that failure to respond to a request from the firm of J.H. Zidell P.A. to appear at the offices or provide necessary documents within three days will likely prejudice the Client's rights as follows: (1) the Court may eventually dismiss the Client's case; (2) J.H. Zidell P.A. may withdraw from representation of the Client; and/or (3) the Court may eventually impose sanctions against the Client.**

El Cliente se compromete a comparecer a las oficinas de la firma J.H. Zidell P.A. en un plazo de tres días a partir de la petición de su abogado. El Cliente se compromete a proporcionar con prontitud todos los documentos necesarios a la firma J.H. Zidell P.A. en un plazo de tres días desde el momento en que estos fueran solicitados. El cliente conoce y acepta que la falta de respuesta a una petición de la firma J.H. Zidell P.A. para comparecer a sus oficinas o proporcionar los documentos necesarios en el termino de tres días, podría probablemente afectar sus derechos de la siguiente manera: (1), el Tribunal puede llegar a descartar el caso, del Cliente, (2) La firma J.H. Zidell P.A. podrá retirarse de la representación del cliente, y/o (3), el Tribunal podría eventualmente imponer sanciones contra el Cliente

| | | |
|---|---|---|
| ______________ | 05/23/2016 | ______________ |
| **CLIENTE** | **FECHA** | **J.H. ZIDELL, ESQ.** |