Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | General Disbs | General Fees |
|---|---|---|---|---|---|
| **1463** | **Pineda, Niurka Soler** | | | | |
| **16-21879** | **v. Davie Blvd Coin Laundry, Corp. et al.** | | | **Resp Lawyer: JZ** | |
| May 24/2016 | Expense Recovery<br>Filing Fee | .521801 | | 400.00 | |
| May 24/2016 | Expense Recovery<br>Photocopies/Pacer/certified mail | .521869 | | 75.00 | |
| May 24/2016 | Expense Recovery<br>SERVICE OF PROCESS ON DEFENDANTS | .521801 | | 120.00 | |
| May 24/2016 | Lawyer: JZ 1.20 Hrs X 390.00<br>client intake, Meet with Client, Analyze Damages and Claim | | | | 468.00 |
| May 24/2016 | Lawyer: JZ 1.80 Hrs X 390.00<br>Draft/Edit Complaint,research defendants Miami and Broward businesses for service of process, and file | | | | 702.00 |
| May 24/2016 | Lawyer: RJ 1.40 Hrs X 260.00<br>research and skip-traced Defendants, called Plaintiff and discussed over phone, met with client in person, drafted and sent out via U.S. Certified Mail and to be served with Complaint FL MW Letters. | | | | 364.00 |
| May 24/2016 | Lawyer: AM 0.50 Hrs X 275.00<br>Draft Statement of Claim | | | | 137.50 |
| Jun 9/2016 | Lawyer: KDK 0.25 Hrs X 350.00<br>Draft and File Certificate of interested parties [Work done by JS] | | | | 87.50 |
| Jul 21/2016 | Lawyer: KDK 0.50 Hrs X 350.00<br>Preparation of and attend Telephonic Trial Scheduling Conference [Work done by JS] | | | | 175.00 |
| Nov 16/2016 | Lawyer: JZ 0.70 Hrs X 390.00<br>Review Defendants Motion for summary judgment, send to associate and direct associate to review other similar pre-mature Motion for summary judgments | | | | 273.00 |
| Dec 9/2016 | Lawyer: JAP 0.25 Hrs X 290.00<br>Draft Unilateral notice of Taking Def. Depositions [Work done by NT] | | | | 72.50 |
| Dec 16/2016 | Lawyer: KDK 0.75 Hrs X 350.00<br>Confer with Opposing counsel, Draft, and file Unopposed motion for extension to file Response to Defendant Motion for summary | | | | 262.50 |

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|---|---|---|---|---|---|
| | judgment [Work done by JS] | | | | |
| Dec 16/2016 | Lawyer: JAP 0.10 Hrs X 290.00 deposition scheduling email to Opposing counsel [Work done by NT] | | | | 29.00 |
| Dec 19/2016 | Lawyer: JZ 0.60 Hrs X 390.00 Review of Summary Judgment Response progress and conference with associate counsel as to arguments to be made. | | | | 234.00 |
| Dec 20/2016 | Lawyer: KDK 0.50 Hrs X 350.00 Draft and File Statment of Material Facts [Work done by JS] | | | | 175.00 |
| Dec 20/2016 | Lawyer: KDK 6.00 Hrs X 350.00 Research, Draft, and File Response in Opposition to Motion for summary judgment [Work done by JS] | | | | 2100.00 |
| Dec 20/2016 | Lawyer: JAP 2.00 Hrs X 290.00 Client meeting and Affidavit by client for response to Motion for summary judgment [Work done by NT] | | | | 580.00 |
| Dec 22/2016 | Lawyer: JZ 2.90 Hrs X 390.00 Review Defendants financial production of documents for FLSA juridiction and file review | | | | 1131.00 |
| Dec 22/2016 | Lawyer: JAP 2.00 Hrs X 290.00 Review Def. Responses to Request for Production [Work done by NT] | | | | 580.00 |
| Jan 2/2017 | Lawyer: JAP 0.25 Hrs X 290.00 Notice Re-scheduling Depositions [Work done by NT] | | | | 72.50 |
| Jan 3/2017 | Expense Recovery Transcripts of Defendants Deposition ordered from Depo Expres | 521870 | | 255.00 | |
| Jan 3/2017 | Lawyer: KDK 4.00 Hrs X 350.00 Deposition Preparation and Deposition of Defendants [Work done by JS] | | | | 1400.00 |
| Jan 3/2017 | Expense Recovery Defendant Deposition Court Reporter | 521868 | | 225.00 | |
| Jan 11/2017 | Lawyer: JAP 0.25 Hrs X 290.00 Email to Opposing counsel requesting Documents Failed to Produce in response to Request for production [Work done by NT] | | | | 72.50 |
| Jan 11/2017 | Lawyer: JZ 0.90 Hrs X 390.00 Meet with Associate and docket review as to hearing tomorrow to | | | | 351.00 |

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | \|----- General -----\|<br>Disbs | Fees |
|---|---|---|---|---|---|
| | request sepcific time entry for dismissal to response to Summary Judgment. | | | | |
| Jan 12/2017 | Lawyer: KDK 0.50 Hrs X 350.00<br>Preperation for and attendance of Telephonic Status Conference [Work done by JS] | | | | 175.00 |
| Jan 30/2017 | Lawyer: JAP 0.10 Hrs X 290.00<br>2nd Emailto Opposing counsel requesting Documents not produced in response to Request for production [Work done by NT] | | | | 29.00 |
| Jan 30/2017 | Lawyer: JAP 0.10 Hrs X 290.00<br>Email to Opposing counsel requesting availability for 3rd party Depositions [Work done by NT] | | | | 29.00 |
| Feb 3/2017 | Lawyer: JAP 0.20 Hrs X 290.00<br>3rd email request Documents failed to produce in responses to Request for production and 2nd email requesting availibility for 3rd party Depositions [Work done by NT] | | | | 58.00 |
| Feb 9/2017 | Lawyer: KDK 2.00 Hrs X 350.00<br>Settlement Negotiations and corresponding emails with Opposing counsel [Work done by JS] | | | | 700.00 |
| Feb 15/2017 | Lawyer: JAP 0.10 Hrs X 290.00<br>3rd email to Opposing counsel requesting dates available for 3rd party Depositions [Work done by NT] | | | | 29.00 |
| Feb 23/2017 | Expense Recovery<br>2 Subpoenas for Deposition (served) | 521868 | | 80.00 | |
| Feb 23/2017 | Expense Recovery<br>2 Witness Fee checks | 521868 | | 80.00 | |
| Mar 1/2017 | Lawyer: JAP 0.75 Hrs X 290.00<br>3 subpoenas for Deposition Duces Tecum prepaired [Work done by NT] | | | | 217.50 |
| Mar 2/2017 | Lawyer: JAP 0.50 Hrs X 290.00<br>3 Notices of Depositions Duces Tecum of 3rd parties sent to Opposing counsel [Work done by NT] | | | | 145.00 |
| Mar 8/2017 | Lawyer: KDK 1.00 Hrs X 350.00<br>Continued Settlement Negotiations [Work done by JS] | | | | 350.00 |
| Mar 8/2017 | Lawyer: JZ 1.00 Hrs X 390.00<br>File review as to likelihood of | | | | 390.00 |

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | General<br>Disbs | Fees |
|---|---|---|---|---|---|
| | overcoming Juris problem with $500k Annual. | | | | |
| Mar 8/2017 | Lawyer: JZ 0.30 Hrs X 390.00<br>Conference with client to discuss Jurisdiction problem and get clients bottom line to settle. | | | | 117.00 |
| Mar 9/2017 | Lawyer: JAP 1.00 Hrs X 290.00<br>Draft settlement offer, analyze damages and strategize re same [Work done by NT] | | | | 290.00 |
| Mar 9/2017 | Lawyer: JAP 0.50 Hrs X 290.00<br>Review Defendants changes to settlement agreement [Work done by NT] | | | | 145.00 |
| Mar 12/2017 | Lawyer: JZ 0.50 Hrs X 390.00<br>Review Settlement Agreement and Edit | | | | 195.00 |
| Mar 13/2017 | Lawyer: JAP 0.75 Hrs X 290.00<br>Draft Joint Motion to Dismiss [Work done by NT] | | | | 217.50 |
| Mar 13/2017 | Lawyer: JAP 1.00 Hrs X 290.00<br>Review Settlement Agreement with client and translate for client, and get client signature for Agreement. [Work done by NT] | | | | 290.00 |

| | UNBILLED | | | | BILLED | | | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE + | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 1235.00 | 12644.00 | 13879.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DA | 0.00 | 1235.00 | 12644.00 | 13879.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | UNBILLED | | | | BILLED | | | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TO | CHE + | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 1235.00 | 12644.00 | 13879.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DA | 0.00 | 1235.00 | 12644.00 | 13879.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default larger |
| Advanced Search Filter | None |
| Requested by | RJ |
| Finished | Friday, April 14, 2017 at 04:00:07 PM |
| Ver | 14.0 (14.0.20140923) |
| Matters | 16-21879 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|---|---|---|---|---|---|

| | |
|---|---|
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |
| Show Interest | No |
| Interest Up To | Apr/13/2017 |
| Show Invoices that Payments Were Applied to | No |
| Display Entries in | Date Order |